ROBERT C. BISHOP, Defendant in Error, *v.* WILLYS C. RANSOM, Plaintiff in Error.

*Practice—Error—Motion for New Trial.*—When a motion to set aside an execution is overruled, the party must make his motion for a new trial, and preserve the same in his bill of exceptions, before suing out his writ of error or taking his appeal. — *Ante,* Banks v. Lades, p. 406, and Bishop v. Ransom, p. 416.*

*Error to Kansas City Common Pleas Court.*

*J. D. Hines,* for plaintiff in error.

*Douglass* and *Gage,* for defendant in error.

FAGG, Judge, delivered the opinion of the court.

This was a proceeding to set aside a sale made in pursuance of an execution issued from the office of the clerk of the Kansas City Court of Common Pleas. The motion was overruled by the court, exceptions duly taken, and the case brought here by writ of error. There was no motion for a new trial, and this court will not undertake to review the error complained of. It was matter of exception purely, and, according to the uniform opinion of this court, the necessity for making such a motion cannot be dispensed with.

The other judges concurring, the judgment is affirmed.